IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRAIG BRASCHUK,<br><br>      Plaintiff,<br><br>  v.<br><br>FIBROCELL SCIENCE, INC., DOUGLAS J. SWIRSKY, JULIAN P. KIRK, JOHN MASLOWSKI, MARC B. MAZUR, KELVIN D. MOORE, MARCUS E. SMITH, and CHRISTINE ST. CLARE,<br><br>      Defendants. | CASE NO.: 19-cv-9915 |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Craig Braschuk ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: January 21, 2020

**LEVI & KORSINSKY, LLP**
Donald J. Enright (to be admitted *pro hac vice*)
Elizabeth K. Tripodi (to be admitted *pro hac vice*)
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 333-2121
Email: denright@zlk.com
         etripodi@zlk.com

*Attorneys for Plaintiff*

Respectfully submitted,

By: /s/ *Adam Apton*
Adam M. Apton (AS8383)
**LEVI & KORSINSKY, LLP**
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4859
Fax: (212) 333-2121
Email: aapton@zlk.com

*Attorneys for Plaintiff*